# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

LOYD KENNEDY, )
 )
    Petitioner, )
 )
-vs- ) Case No. CIV-15-0582-F
 )
WARDEN ADDISON, )
 )
    Respondent. )

## ORDER

The Report and Recommendation of the magistrate judge, doc. no. 6, in this habeas action recommends denial of the motion to proceed in forma pauperis, doc. no. 2, and dismissal absent payment of the filing fee by June 23, 2015. Petitioner has now paid the filing fee. Receipt, doc. no. 7. Accordingly, the Report and Recommendation is **ADOPTED**, and the motion for *in forma pauperis* status is **DENIED**, although the *in forma pauperis* issue is now moot because the initial filing fee has been paid. This action is referred back to the magistrate judge for all purposes consistent with the original referral.

Dated this 16th day of June, 2015.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

15-0582p001.wpd